**No. 56954.**—C. Tennant Sons & Co. of N. Y. *v.* United States, protest 189285–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of Zamak zinc alloy the same in all material respects as that the subject of *M. W. Zack Metal Company* v. *United States* (26 Cust. Ct. 91, C. D. 1306), the claim of the plaintiff was sustained.